In the Matter of NOEL OLMOSPEREZ, Appellant, v ANDREA W. EVANS, as Chair of the Board of Parole, Respondent.

Submitted July 28, 2014; decided August 28, 2014

Motion for poor person relief granted.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY BARKSDALE, Appellant.

Submitted July 28, 2014; decided August 28, 2014

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 120 Wall Street, 28th Floor, New York, NY 10005 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS BARNES, Appellant.

Submitted August 18, 2014; decided August 28, 2014

Motion for assignment of counsel granted and Seymour James, Jr., Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER CATES, SR., Appellant.

Submitted July 14, 2014; decided August 28, 2014

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 120 Wall Street, 28th Floor, New York, NY 10005 assigned as counsel to the appellant on the appeal herein.